DINESH PATEL
2118 Walsh Ave, Suite 240
Santa Clara, CA 95050
Telephone: (408) 454-8378
Email:btcroot@gmail.com
*Pro Se*

Case: 1:24-cv-02535   JURY DEMAND
Assigned To : Reyes, Ana C.
Assign. Date : 8/26/2024
Description: Pro se. Gen. Civ. (F-Deck)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Dinesh Patel

    Plaintiff,

v.

Georgetown Software House, Inc.

    Defendant.

Case No.:

**PRO SE PLAINTIFF'S MOTION FOR AUTHORIZATION TO E-FILE**

*Pro Se* Plaintiff DINESH PATEL ("Plaintiff" or "Patel") hereby requests the Court for an authorization to register as an e-filer in the above captioned case, as provided by Local Rules. Plaintiff certifies that he has read rules and regulations regarding e-filing in the United States District Court, District of Columbia, and that he will abide by the same. Plaintiff also certifies that he is familiar with e-filing procedure using his existing PACER account.

WHEREFORE, Plaintiff respectfully requests this Court to grant this motion.

Dated: August 21, 2024

    Respectfully submitted,

    By: _____

    DINESH PATEL (*Pro Se* Plaintiff)

DINESH PATEL
2118 Walsh Ave, Suite 240
Santa Clara, CA 95050
Telephone: (408) 454-8378
Email:btcroot@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel | Case No.: |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| Georgetown Software House, Inc. | |
| Defendant. | |

*Pro Se* Plaintiff Dinesh Patel ("Plaintiff") has filed a motion for authorization to e-file and to appear remotely in this case.

Plaintiff's motion for authorization to e-file is **GRANTED**.

IT IS SO ORDERED.

Dated:

_____

United States Magistrate / District Judge

---

[PROPOSED] ORDER        Page 1 of 1        Case No.