DINESH PATEL
2118 Walsh Ave, Suite 240
Santa Clara, CA 95050
Telephone: (408) 454-8378
Email: btcroot@gmail.com
*Pro Se*

RECEIVED
Mail Room
SEP - 9 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Dinesh Patel

    Plaintiff,

v.

Georgetown Software House, Inc.

    Defendant.

Case No.: 1:24-cv-02535-ACR

**PRO SE PLAINTIFF'S MOTION FOR CM/ECF USER NAME AND PASSWORD, AND FOR AUTHORIZATION TO E-FILE**

    *Pro Se* Plaintiff DINESH PATEL ("Plaintiff) hereby requests the Court for an authorization to register as an e-filer in the above captioned case, as provided by Local Rules 5.4(b). A similar previously filed motion (ECF 2) was denied without prejudice by the Court because Plaintiff had not certified all required items pursuant to LR 5.4(b)(2), which he has now corrected below. Plaintiff certifies that:

    1. Plaintiff has received and read an electronic copy of LR 5.4 rules and regulations regarding e-filing in the United States District Court, District of Columbia, and that he will abide by the same.

    2. Plaintiff owns several Personal Computers, Document Scanners, Printers, several licensed software suites of Microsoft Office, Adobe Acrobat (for reading and creating PDF files) and Microsoft Outlook (for sending/receiving emails), and on-line access to his above listed email account, which sufficiently enable him to draft/prepare documents, to access his existing PACER account, to electronically file and receive documents, and to access the Court's website.

    3. Plaintiff has the needed capacity to prepare/draft documents, electronically file documents and receive electronically filed documents on a regular basis.

    4. Plaintiff has also been permitted to file electronically in other federal courts, such as United States District Court for the Northern District of California and the United States District Court for the District

of Nevada using his existing PACER account. Plaintiff has also regularly filed and received documents electronically through his existing PACER account at the above referenced district courts.

5. Plaintiff also certifies that he is familiar with e-filing procedure using his existing PACER account.

WHEREFORE, pursuant to Local Rule 5.4(b)(2), Plaintiff respectfully requests the Court to grant this motion.

Dated: September 6, 2024

Respectfully submitted,

By: _____

DINESH PATEL (*Pro Se* Plaintiff)

DINESH PATEL
2118 Walsh Ave, Suite 240
Santa Clara, CA 95050
Telephone: (408) 454-8378
Email:btcroot@gmail.com
*Pro Se*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel | Case No.: 1:24-cv-02535-ACR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| Georgetown Software House, Inc. | |
| Defendant. | |

*Pro Se* Plaintiff Dinesh Patel ("Plaintiff") has filed a motion for CM/ECF user name and password, and for authorization to e-file in this case.

Plaintiff's motion for CM/ECF user name and password, and authorization to e-file is **GRANTED**.

IT IS SO ORDERED.

Dated:

_____
Hon. Judge Ana C. Reyes
United States District Judge