## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Dinesh Patel**

   Plaintiff(s),

VS.

**Georgetown Software House, Inc.**

   Defendant(s).

Attorney: NONE

Dinesh Patel
2118 Walsh Ave, Suite 240
Santa Clara CA 95050

*326331*

**Case Number: 1:24-cv-02535-ACR**

Legal documents received by Same Day Process Service, Inc. on **11/13/2024** at **1:17 PM** to be served upon **Georgetown Software House, Inc. at 6704 5th St NW, Washington, DC 20012**

I, **Stuart Macpherson**, swear and affirm that on **November 18, 2024** at **2:30 PM**, I did the following:

Served **Georgetown Software House, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Unlimited Jurisdiction Complaint for: 1. Trademark Infringement (15 U.S.C. 1114); 2. Unfair Competition and False Designation of Origin (15 U.S.C. 1125(a)); 3. Common Law Trademark Infringement and Unfair Competition; 4. Declaratory Relief Pursuant to (28 U.S.C 2201); Exhibits; Civil Cover Sheet; Pro Se Plaintiff's Motion for CM/ECF User Name and Password, and for Authorization to E-file; [Proposed] Order; Civil Docket for Case #: 1:24-cv-02535-ACR or Docket Report of case 1:24-cv-02535-ACR as of November 12, 2024.** to **Bediako George** as **Registered Agent** of **Georgetown Software House, Inc.** at **6704 5th St NW, Washington, DC 20012**.

**Description of Person Accepting Service:**
Sex: Male Age: 55 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: Brown Hair Color: Black & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Stuart Macpherson**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:326331

