# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel | Case No.: 1:24-cv-02535 |
| Plaintiff, | Judge Ana C. Reyes |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Georgetown Software House, Inc. | |
| Defendant. | |

To:   The Clerk of this Court and all parties of record:

The undersigned requests that the Clerk of Court please note the appearance of Eliot S. Markman as counsel for Defendant Georgetown Software House, Inc. in the above-captioned case.

Dated: January 23, 2025

DENTONS US LLP

By: */s/ Eliot S. Markman*
Catharine Luo (D.C. Bar No. 1697958)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
catharine.luo@dentons.com

Eliot S. Markman (D.C. Bar No. 1743128)
Dentons US LLP
Hanley Corporate Tower
101 S. Hanley, Suite 600
St. Louis, MO 63105
Telephone: (314) 241-1800
Facsimile: (314) 259-5959
eliot.markman@dentons.com

*Attorneys for Defendant Georgetown Software House, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January 2025, I served a copy of the foregoing upon the following via electronic mail and first class, U.S. mail, postage pre-paid to the following:

Dinesh Patel
2118 Walsh Ave., Suite 240
Santa Clara, CA 95050
btcroot@gmail.com

/s/ Eliot S. Markman