# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel<br><br>                    Plaintiff,<br><br>v.<br><br>Georgetown Software House, Inc.<br><br>                    Defendant. | Case No.: 1:24-cv-02535<br><br>Judge Ana C. Reyes<br><br>**NOTICE OF WITHDRAWAL** |

To:     The Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6(b), Defendant Georgetown Software House, Inc., by and through its attorneys, hereby informs the Court that Catharine Luo is withdrawing her appearance as counsel on this case.  Eliot S. Markman will remain as counsel.

Dated: January 24, 2025                                DENTONS US LLP

By:  */s/ Catharine Luo*
Catharine Luo (D.C. Bar No. 1697958)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
catharine.luo@dentons.com

Eliot S. Markman (D.C. Bar No. 1743128)
Dentons US LLP
Hanley Corporate Tower
101 S. Hanley, Suite 600
St. Louis, MO 63105
Telephone: (314) 241-1800
Facsimile: (314) 259-5959
eliot.markman@dentons.com

*Attorneys for Defendant Georgetown Software House, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January 2025, I served a copy of the foregoing upon the following via electronic mail and first class, U.S. mail, postage pre-paid to the following:

Dinesh Patel
2118 Walsh Ave., Suite 240
Santa Clara, CA 95050
btcroot@gmail.com

                                                                                                                  */s/ Catharine Luo*