UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel<br><br>    Plaintiff,<br><br>  v.<br><br>Georgetown Software House, Inc.<br><br>    Defendant. | Case No.: 1:24-cv-02535<br><br>Judge Ana C. Reyes<br><br>**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 26.1, I, the undersigned, counsel of record for Defendant Georgetown Software House, Inc., certify that to the best of my knowledge and belief, no parent corporation or publicly held corporation owns 10% or more of Georgetown Software House, Inc.'s stock.  This representation is made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated: January 24, 2025 | DENTONS US LLP<br><br>By: */s/ Eliot S. Markman*<br>Eliot S. Markman (D.C. Bar No. 1743128)<br>Dentons US LLP<br>Hanley Corporate Tower<br>101 S. Hanley, Suite 600<br>St. Louis, MO 63105<br>Telephone: (314) 241-1800<br>Facsimile: (314) 259-5959<br>eliot.markman@dentons.com<br><br>*Attorney for Defendant Georgetown Software House, Inc.* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of January 2025, I served a copy of the foregoing upon the following via electronic mail and first class, U.S. mail, postage pre-paid to the following:

Dinesh Patel
2118 Walsh Ave., Suite 240
Santa Clara, CA 95050
btcroot@gmail.com

                                                */s/ Eliot S. Markman*