# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DINESH PATEL,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:24-cv-02535-ACR ) |
| **GEORGETOWN SOFTWARE HOUSE, INC.** | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that Edward T. Colbert of Hunton Andrews Kurth LLP, District of Columbia Bar No. 206425, hereby enters his appearance in the above-captioned matter on behalf of Plaintiff, Dinesh Patel ("Plaintiff"), for the limited purpose of mediation.

Dated: May 16, 2025

Respectfully submitted,

By: *s/* Edward T. Colbert
Edward T. Colbert (D.C. Bar No. 206425)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 662-3010
Facsimile: (202) 778-2201
ecolbert@hunton.com

Kate Pauling (*pro hac vice forthcoming*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 662-2783
Email: kpauling@hunton.com

***Counsel for Plaintiff***

1

## **CERTIFICATE OF SERVICE**

I, Edward T. Colbert, hereby certify that a copy of the foregoing document, filed through the CM/ECF system on the 16th day of May, 2025, will be sent electronically to all parties and counsel of record.

*s/ Edward T. Colbert*
Edward T. Colbert

099997.0008660 DMS 351250674v1