# EXHIBIT B

Query　　　Reports　　　Utilities　　　Help　　　Log Out

AO-120/121

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:24-cv-00536-APG-EJY

| | |
|---|---|
| Patel v. Pal USA, INC et al | Date Filed: 03/19/2024 |
| Assigned to: Judge Andrew P. Gordon | Jury Demand: Both |
| Referred to: Magistrate Judge Elayna J. Youchah | Nature of Suit: 840 Trademark |
| Cause: 15:1114 Trademark Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Dinesh Patel**　　　　　　　　　　　represented by　**Dinesh Patel**
2118 Walsh Ave
Ste 240
Santa Clara, CA 95050
408-454-8378
Email: btcroot@gmail.com
*PRO SE*

V.

**Defendant**

**Pal USA, INC**　　　　　　　　　　　represented by　**Henry E. Lichtenberger**
410 S Rampart Blvd
Suite 350
Las Vegas, NV 89145
702-360-6000
Fax: 702-360-0000
Email: hlichtenberger@sklar-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kirstin Jahn**
Jahn & Associates, LLC
1942 Broadway Suite 314
Boulder, CO 80304
303-545-5128
Email: kirstin@jahnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paltronics Australasia Pty Ltd.**　　　represented by　**Henry E. Lichtenberger**
*TERMINATED: 12/03/2024*　　　　　　　　　　　　(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  | Kirstin Jahn<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|
| **Counter Claimant** | |
| Pal USA, INC | represented by **Henry E. Lichtenberger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirstin Jahn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

Dinesh Patel

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2024 | | Case randomly assigned to Judge Andrew P. Gordon and Magistrate Judge Elayna J. Youchah. (CT) (Entered: 03/19/2024) |
| 03/19/2024 | 1 | COMPLAINT against Pal USA, INC, Paltronics Australasia Pty Ltd. by Dinesh Patel. Certificate of Interested Parties due by 3/29/2024. Proof of service due by 6/17/2024. (Attachments: # 1 Receipt #8472, # 2 Civil Cover Sheet) (JQC) (Entered: 03/20/2024) |
| 03/20/2024 | 2 | AO 120 - REPORT on the filing or determination of an action regarding a patent or trademark. E-mailed to the US Patent and Trademark Office. (Attachments: # 1 Complaint) (JQC) (Entered: 03/20/2024) |
| 03/20/2024 | 3 | SUMMONS ISSUED as to Pal USA, INC, Paltronics Australasia Pty Ltd. re 1 Complaint. (JQC) (Entered: 03/20/2024) |
| 03/20/2024 | 4 | ADVISORY LETTER to litigant. (JQC) (Entered: 03/20/2024) |
| 03/22/2024 | 5 | Consent for Electronic Service of Documents by Plaintiff Dinesh Patel. (JQC) (Entered: 03/25/2024) |
| 03/22/2024 | 6 | CERTIFICATE of Interested Parties by Dinesh Patel. There are no known interested parties other than those participating in the case (JQC) (Entered: 03/25/2024) |
| 03/22/2024 | 7 | MOTION for Authorization to E-File and for Remote Appearance by Plaintiff Dinesh Patel. Responses due by 4/5/2024. (JQC) (misc) (nondispositive) (Entered: 03/25/2024) |
| 03/27/2024 | 8 | ORDER granting in part and denying in part 7 Motion.<br>IT IS FURTHER ORDERED that Plaintiff's Motion seeking authorization to electronically file in this case is GRANTED.<br>IT IS FURTHER ORDERED that the Clerk of Court shall forward the Consent for Electronic Service of Documents (ECF No. 5) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiffs CM/ECF account. |

| | | |
|---|---|---|
| | | IT IS FURTHER ORDERED that Plaintiff's Motion for Remote Appearance is DENIED without prejudice. Signed by Magistrate Judge Elayna J. Youchah on 3/27/2024. (Copies have been distributed pursuant to the NEF - CT) (Entered: 03/27/2024) |
| 05/13/2024 | 9 | SUMMONS Returned Executed by Dinesh Patel re 3 Summons Issued. Pal USA, INC served on 4/22/2024. (Patel, Dinesh) (Entered: 05/13/2024) |
| 05/13/2024 | 10 | SUMMONS Returned Executed by Dinesh Patel re 3 Summons Issued. Paltronics Australasia Pty Ltd. served on 4/22/2024. (Attachments: # 1 Supplement Attempt to serve Defendants' attorney, # 2 Supplement Defendants' attorney admitting representation)(Patel, Dinesh) (Entered: 05/13/2024) |
| 05/14/2024 | 11 | MOTION to Dismiss by Defendants Pal USA, INC, Paltronics Australasia Pty Ltd.. Responses due by 5/28/2024. Certificate of Interested Parties due by 5/24/2024. Discovery Plan/Scheduling Order due by 6/28/2024. (Attachments: # 1 Declaration of Terri Cooper) (Coll, Rebecca)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 05/14/2024) |
| 05/15/2024 | 12 | CERTIFICATE of Interested Parties by Pal USA, INC. There are no known interested parties other than those participating in the case (Jahn, Kirstin) (Entered: 05/15/2024) |
| 05/15/2024 | 13 | ERRATA to 12 Certificate of Interested Parties by Defendant Pal USA, INC. (Jahn, Kirstin) (Entered: 05/15/2024) |
| 05/15/2024 | 14 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 5/15/2024. Regarding the Requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* as to 11 Motion to Dismiss. Opposition due 14 days from the date of this Minute Order, and reply due seven 7 days after the filing of the opposition. (Copies have been distributed pursuant to the NEF - CT) (Entered: 05/15/2024) |
| 05/16/2024 | 15 | NOTICE *of designation of Nevada Counsel for service* by Pal USA, INC, Paltronics Australasia Pty Ltd.. (Jahn, Kirstin) (Entered: 05/16/2024) |
| 05/29/2024 | 16 | RESPONSE to 11 Motion to Dismiss,, by Plaintiff Dinesh Patel. Replies due by 6/5/2024. (Attachments: # 1 Declaration of Dinesh Patel in support of opposition to Defendants' motion)(Patel, Dinesh) (Entered: 05/29/2024) |
| 06/05/2024 | 17 | First UNOPPOSED MOTION for Extension to File Reply to Opposition to Motion to Dismiss re 11 Motion to Dismiss,, by Defendants Pal USA, INC, Paltronics Australasia Pty Ltd.. Responses due by 6/19/2024. (Jahn, Kirstin) (dispositive) (Entered: 06/05/2024) |
| 06/06/2024 | 18 | ORDER granting 17 Unopposed Motion for Extension of time to reply to 11 Motion to Dismiss. Replies due by 6/10/2024. Signed by Judge Andrew P. Gordon on 6/6/2024. (Copies have been distributed pursuant to the NEF - MAM) (Entered: 06/06/2024) |
| 06/10/2024 | 19 | REPLY to Response to 11 Motion to Dismiss,, by Defendants Pal USA, INC, Paltronics Australasia Pty Ltd.. (Attachments: # 1 Declaration Kirstin M. Jahn and Ex. 1)(Jahn, Kirstin) (Entered: 06/10/2024) |
| 07/03/2024 | 20 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 7/3/2024. By Law Clerk: C. Denbow<br><br>Pending before the Court in this case is a Motion to Dismiss filed by two of the three named parties. A preliminary peek at the Motion to Dismiss shows Paltronics Australia argues a lack of personal jurisdiction. Pal USA states it has not been served. Under these circumstances the Court exercises its broad discretion to control its docket and the |

| | | |
|---|---|---|
| | | discovery process generally (*see Clinton v. Jones*, 520 U.S. 681, 706 (1997) (the district court "has broad discretion to stay proceedings as an incident to its power to control its own docket"); *Hallett v. Morgan*, 296 F.3d 732, 751 (9th Cir. 2002) (the district court has broad discretion to permit or deny discovery)), and finds the parties are excused from filing a discovery plan and scheduling order until such time as the Court rules on the pending Motion to Dismiss as that Motion has a substantial likelihood of success and the Motion can be decided without discovery conducted. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602-03 (D. Nev. 2011). *See also Turner Broadcasting Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554 (D. Nev. 1997).<br><br>Accordingly, IT IS HEREBY ORDERED that discovery is stayed until such time as the Court issues an Order resolving the pending Motion to Dismiss.<br><br>IT IS FURTHER ORDERED that the parties **must**, no later than fourteen (14) days after the Court issues its Order, file a status report with the Court (1) identifying what claims remain pending, if any, (2) when, if at all, an amended complaint will be filed, (3) what discussions, if any, have occurred regarding service, and (4) when a discovery plan and scheduling order will be submitted to the Court.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - CMD) (Entered: 07/03/2024) |
| 08/21/2024 | 21 | Mail Returned as Undeliverable re 20 Minute Order and 18 Order on Unopposed Motion, addressed to Henry E. Lichtenberger. (Attachments: # 1 Mail) (CT) (Entered: 08/22/2024) |
| 08/22/2024 | 22 | CLERK'S NOTICE Regarding Local Rule IC 2-1. Attorney Henry E. Lichtenberger is in violation of Local Rule IC 2-1(a) and 2-1(d). You are required to register to file documents electronically in the Court's electronic filing system (CM/ECF) and the electronic service of pleadings and other papers. Please visit the PACER website www.pacer.gov to complete the registration.<br>**(no image attached)** (HAM) (Entered: 08/22/2024) |
| 09/06/2024 | 23 | Mail Returned as Undeliverable re 22 QC Notice addressed to Henry Lichtenberger. (MAM) (Entered: 09/06/2024) |
| 12/03/2024 | 24 | ORDER granting in part 11 Motion to Dismiss. Amended Complaint deadline: 12/31/2024, Proof of service due by 2/28/2025.<br><br>I FURTHER ORDER that plaintiff Dinesh Patel's motion to take judicial notice (ECF No. 16 ) is DENIED.<br><br>Signed by Chief Judge Andrew P. Gordon on 12/2/2024. (Copies have been distributed pursuant to the NEF - MAM) (Entered: 12/03/2024) |
| 01/02/2025 | 25 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 1/02/2025. By Law Clerk: K. Reeves.<br><br>On July 3, 2024, the Court issued a Minute Order giving the parties until fourteen days after the issuance of a decision on Defendants' Motion to Dismiss to file a status report regarding, *inter alia*, when a Discovery Plan and Scheduling Order would be submitted to the Court. ECF No. 20.<br><br>The parties have failed to comply with the Courts Order. Although claims against one defendant have been dismissed, because there remains one defendant who has made an appearance, a Discovery Plan and Scheduling Order must still be filed. LR 26-1(a). |

| | | |
|---|---|---|
| | | Accordingly, IT IS HEREBY ORDERED that no later than the end of business on **January 10, 2025**, the parties **must** file a joint Discovery Plan and Scheduling order as required by Local Rule 26-1.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - KBR) (Entered: 01/02/2025) |
| 01/10/2025 | 26 | Joint STIPULATION *re discovery plan & scheduling order* re 25 Minute Order,,, by Plaintiff Dinesh Patel. (Patel, Dinesh) (other) (presiding) (Entered: 01/10/2025) |
| 01/13/2025 | 27 | ORDER granting 26 Stipulation. Discovery due by 7/15/2025. Dispositive Motions due by 9/15/2025. Proposed Joint Pretrial Order due by 10/15/2025. Signed by Magistrate Judge Elayna J. Youchah on 1/13/2025. (Copies have been distributed pursuant to the NEF - DLS) (Entered: 01/13/2025) |
| 01/14/2025 | 28 | First STIPULATION FOR EXTENSION OF TIME (First Request) re 1 Complaint by Defendant Pal USA, INC. (Jahn, Kirstin) (extend) (answer) (Entered: 01/14/2025) |
| 01/14/2025 | 29 | ORDER granting 28 Stipulation. Pal USA, INC answer due 2/15/2025. Signed by Magistrate Judge Elayna J. Youchah on 1/14/2025. (Copies have been distributed pursuant to the NEF - DLS) (Entered: 01/15/2025) |
| 02/13/2025 | 30 | First MOTION to Extend Time (Second Request) re 1 Complaint, 29 Order on Stipulation, by Defendant Pal USA, INC. Responses due by 2/27/2025. (Jahn, Kirstin) (answer) (Entered: 02/13/2025) |
| 02/14/2025 | 31 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 2/14/2025. By Judicial Assistant: E. Santiago.<br><br>The Court is in receipt of the Motion for Extension of Time to File Response to Complaint. ECF No. 30 . This type of ordinary request in civil litigation should not require the intervention of the Court. The parties **must** meet and confer in good faith toward the goal of finding a solution to the simple request made and filing a stipulation which the Court will enter.<br><br>Accordingly, IT IS HEREBY ORDERED that the Motion for Extension of Time to File Response to Complaint (ECF No. 30 ) is DENIED without prejudice to allow the parties to meet and confer toward the goal of filing a stipulation. Only after a truly good faith effort is made and no agreement can be reached, may Defendant refile its motion.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - ES) (Entered: 02/14/2025) |
| 02/15/2025 | 32 | First UNOPPOSED MOTION For extension of time re 27 Order on Stipulation,, Scheduling Order, 29 Order on Stipulation, by Defendant Pal USA, INC. Responses due by 3/1/2025. (Jahn, Kirstin) (answer) (Entered: 02/15/2025) |
| 02/18/2025 | 33 | ORDER granting 32 Unopposed Motion for Extension of Time to Respond to 1 Complaint and to Scheduling Order. Pal USA, INC answer due 3/15/2025. Discovery due by 8/15/2025. Motions due by 10/15/2025. Proposed Joint Pretrial Order due by 11/14/2025. Signed by Magistrate Judge Elayna J. Youchah on 2/18/2025. (Copies have been distributed pursuant to the NEF - MAM) (Entered: 02/18/2025) |
| 03/17/2025 | 34 | ANSWER to 1 Complaint with Jury Demand , First COUNTERCLAIM against All Plaintiffs by Pal USA, INC. filed by Pal USA, INC.(Jahn, Kirstin) (Entered: 03/17/2025) |
| 04/07/2025 | 35 | First MOTION to Dismiss 34 Answer to Complaint, Counterclaim by Plaintiff Dinesh Patel. Responses due by 4/21/2025. (Attachments: # 1 Declaration of Dinesh Patel in |

| | | |
|---|---|---|
| | | support of Plaintiff's Motion to Dismiss)(Patel, Dinesh) (Entered: 04/07/2025) |
| 04/21/2025 | 36 | RESPONSE to 35 Motion to Dismiss by Counter Claimant Pal USA, INC, Defendant Pal USA, INC. Replies due by 4/28/2025. (Attachments: # 1 Declaration of Kirstin M. Jahn with Exhibits 1,2 and 3)(Jahn, Kirstin) (Entered: 04/21/2025) |
| 04/28/2025 | 37 | REPLY to Response to 35 Motion to Dismiss by Plaintiff Dinesh Patel. (Patel, Dinesh) (Entered: 04/28/2025) |
| 05/02/2025 | 38 | ERRATA to 36 Response by Counter Claimant Pal USA, INC, Defendant Pal USA, INC. (Attachments: # 1 Declaration Corected Declaration of Kirstin M. Jahn, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2)(Jahn, Kirstin) (Entered: 05/02/2025) |
| 05/02/2025 | 39 | First MOTION for Leave to File Document re 37 Reply by Counter Claimant Pal USA, INC, Defendant Pal USA, INC. Responses due by 5/16/2025. (Jahn, Kirstin) (presiding) (Entered: 05/02/2025) |
| 05/07/2025 | 40 | First MOTION to Strike 39 Motion for Leave to File Document/Excess Pages, 38 Errata by Plaintiff Dinesh Patel. Responses due by 5/21/2025. (Patel, Dinesh) (dispositive) (Entered: 05/07/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/10/2025 11:18:56 | | | |
| **PACER Login:** | dentonsus1 | **Client Code:** | 09500000-002299-223583 |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cv-00536-APG-EJY |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |