**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Dinesh Patel<br><br>            Plaintiff,<br><br>    v.<br><br>Georgetown Software House, Inc.<br><br>            Defendant. | Case No.: 1:24-cv-02535<br><br>Judge Ana C. Reyes<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS** |

**[Proposed] ORDER**

THIS MATTER having come before the Court on Plaintiff Dinesh Patel's MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS, and having considered the parties' papers filed in support of and in opposition to the Motion, argument by parties, and all other matter properly considered by this Court, it is:

ORDERED that Plaintiff Dinesh Patel's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____                           _____

                                                                                                 Hon. Ana C. Reyes

                                                                                                 United States District Judge

130437131