UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel<br><br>  Plaintiff,<br><br>v.<br><br>Georgetown Software House, Inc.<br><br>  Defendant. | Case No.: 1:24-cv-02535<br><br>Judge Ana C. Reyes<br><br>**GEORGETOWN SOFTWARE HOUSE, INC.'S OPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Georgetown Software House, Inc. ("Georgetown") respectfully moves[1] this Court for leave to file its Third Amended Answer, Affirmative Defenses, and Counterclaims. In support of this Motion, Georgetown states as follows:

1.  Georgetown filed its original Answer in this matter on December 9, 2024, and subsequently filed an Amended, Answer, Affirmative Defenses, and Counterclaims on December 26, 2024 and a Second Amended, Answer, Affirmative Defenses, and Counterclaims on May 6, 2025.

2.  Georgetown now seeks leave to file a Third Amended Answer, Affirmative Defenses, and Counterclaims to correct typographical errors of Georgetown's counsel.

---

[1] Georgetown does not consider the present Motion for Leave a "dispositive motion" under the Court's Standing Order, ECF No. 12 at 4, ¶ 7(f), because the scrivener's errors attempted to be corrected in the Second Amended Answer, Affirmative Defenses, and Counterclaims are not fatal to Georgetown's counterclaims. Nonetheless, this Court may consider this pleading a pre-motion notice to the extent the Court concludes a pre-motion conference is required.

3. A copy of the proposed Third Amended Answer, Affirmative Defenses, and Counterclaims is attached hereto as Exhibit 1. A redline comparison against the Second Amended Answer is attached as Exhibit 2.

4. These amendments will include three minor changes:

   a. Revising the title of the pleading from "SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS" to THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES , AND COUNTERCLAIMS";

   b. Revising paragraph 17 of Counterclaim II to define "PEBBLES Registrations"; and

   c. Correcting references to "Defendant's" to "Plaintiff's" in paragraphs 14, 15, 23, 29, and 30 of Counterclaims I and II.

5. Under Federal Rule of Civil Procedure 15(a)(2), the Court should freely give leave to amend "when justice so requires." The proposed amendment is made in good faith, does not change the substance of the pleadings, will not cause undue delay, and will not unfairly prejudice Plaintiff Dinesh Patel. Georgetown is seeking to amend before discovery and the Federal Rule of Civil Procedure 16(b) Conference, and the amendment will promote the efficient resolution of the parties' dispute.

6. Georgetown's counsel's minor mistakes do not warrant dismissal, especially here where there is no bad faith on the part of Georgetown and there is no prejudice to Mr. Patel in permitting Georgetown to correct its non-substantive drafting errors. *Caribbean Broad. Sys., Ltd. v. Cable & Wireless P.L.C.*, 148 F.3d 1080, 1084 (D.C. Cir. 1998); *Foman v. Davis*, 371 U.S. 178,

182 (1962) (reversing appellate court's dismissal of appeal of trial court's failure to permit amendment).

7. Georgetown's proposed amendments are not the result of undue delay, bad faith, or dilatory motive. The amendments are the result of mere mistake by Georgetown's counsel.

8. Pursuant to LCvR 7(m) and ECF No. 12 at 5, ¶ 7(h), counsel for Georgetown has conferred twice with Mr. Patel regarding this motion—once via email and once of Zoom wherein Mr. Patel unequivocally opposed the present Motion for Leave even when counsel for Georgetown assured Mr. Patel that his other arguments in his Motion to Dismiss would be preserved.

WHEREFORE, Defendant Georgetown Software House, Inc. respectfully requests that the Court grant leave to file the proposed Third Amended Answer, Affirmative Defenses, and Counterclaims, and deem the attached Exhibit 1 as filed.

Dated: June 10, 2025                                  DENTONS US LLP

By: */s/ Eliot S. Markman*
Eliot S. Markman (D.C. Bar No. 1743128)
Dentons US LLP
Hanley Corporate Tower
101 S. Hanley, Suite 600
St. Louis, MO 63105
Telephone: (314) 241-1800
Facsimile: (314) 259-5959
eliot.markman@dentons.com

*Attorney for Defendant Georgetown Software House, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of June 2025, I served a copy of the foregoing upon the following via electronic mail and first class, U.S. mail, postage pre-paid to the following:

Dinesh Patel
2118 Walsh Ave., Suite 240
Santa Clara, CA 95050
btcroot@gmail.com

Edward T. Colbert (D.C. Bar No. 206425)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 662-3010
Facsimile: (202) 778-2201
ecolbert@hunton.com

Kate Pauling (*pro hac vice forthcoming*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 662-2783
kpauling@hunton.com

                                              */s/ Eliot S. Markman*

130471265