# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel | Case No.: 1:24-cv-02535 |
| Plaintiff, | Judge Ana C. Reyes |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| Georgetown Software House, Inc. | |
| Defendant. | |

**[Proposed] ORDER**

THIS MATTER having come before the Court on Georgetown Software House, Inc.'s MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS, and having considered the parties' papers filed in support of and in opposition to the Motion, argument by parties, and all other matter properly considered by this Court, it is:

ORDERED that Georgetown Software House, Inc.'s Motion is GRANTED.


**IT IS SO ORDERED.**


Dated: _____                    _____

                                            Hon. Ana C. Reyes

                                            United States District Judge

130483115