IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dinesh Patel<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Georgetown Software House, Inc.<br>　　　　　Defendant. | Case No.:　　1:24-cv-02535-ACR<br><br>Judge:　　Hon. Ana C. Reyes<br><br>**DECLARATION OF DINESH PATEL IN SUPPORT OF REPLY BRIEF** |

　　　I, DINESH PATEL, declare as follows:

　　1. I submit this DECLARATION OF DINESH PATEL IN SUPPORT OF REPLY BRIEF. The facts set forth in this declaration are true of my own knowledge unless otherwise noted and if called upon as a witness I could and would testify competently thereto.

　　2. I am the Plaintiff ("Plaintiff") in the above-captioned lawsuit. I have referred to Georgetown Software House, Inc. as "GSH" or "Defendant" in this document.

　　3. I declare that as of today, neither I, nor my predecessor, have entered any settlement related to any cancellation or opposition proceeding litigated in front of the Trademark Trial and Appeal Board (TTAB) of the United States Patent and Trademark Office (USPTO) related to my PEBBLES® Mark.

　　4. Defendant's and its attorney's accusation against me that "Mr. Patel has settled all his closed cases regarding his trademarks before they reached the merits," is categorically false, because each respondent in my above-referenced cases in front of the TTAB, except for Defendant whose case is still pending at the TTAB, abandoned their trademark application without my consent and without any type of settlement agreement with me.

　　5. Defendant and its attorney have made a false representation of material facts regarding the above to the Court.

　　6. I further declare that except for the case with Defendant, each of the above-referenced case in front of the TTAB involved exchange of discovery, and only after that each respondent unilaterally abandoned its registration(s) or application(s) without my consent or any prior knowledge.

1
2     I declare under penalty of perjury that the foregoing is true and correct.
3  ///
4     Executed on June 17, 2025 in Santa Clara, California.
5
6                                         By:   /Dinesh Patel/
7                                         DINESH PATEL (*Pro Se* Plaintiff)
8
9                                         2118 Walsh Ave, Suite 240, Santa Clara, CA 95050
                                          Email: btcroot@gmail.com
10                                        Telephone: (408) 454-8378
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DINESH PATEL IN SUPPORT OF REPLY BRIEF    -2-    CASE NO. 1:24-cv-02535-ACR

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2025, I caused the foregoing document to be served electronically by means of the Court's CM/ECF system, on Defendant's counsel of record:

Eliot S. Markman
Dentons US LLP
Hanley Corporate Tower
101 S. Hanley, Suite 600
St. Louis, MO 63105
Telephone: (314) 241-1800
Facsimile: (314) 259-5959
eliot.markman@dentons.com

(Attorneys for Defendant Georgetown Software House, Inc.)

/s/ Dinesh Patel

2118 Walsh Ave, Suite 240
Santa Clara, CA 95050
Email: btcroot@gmail.com